UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL MERCADO-ULLOA, | CASE NO. C04-2463-JCC-MAT |
| Petitioner, | |
| v. | ORDER AUTHORIZING DISCLOSURE OF FORMER CO-DEFENDANT'S ADDRESS AND AUTHORIZATION TO TAKE DEPOSITION |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

Having considered petitioner's unopposed Motion to Compel Disclosure of Former Co-Defendant's Address for Deposition (Dkt. 20), the Court hereby ORDERS as follows:

U.S. Probation shall immediately disclose the current address and telephone number of Gilberto Urrea Sanchez to petitioner's counsel. Disclosure shall be limited to petitioner's counsel, persons employed by petitioner's counsel, and anyone charged with the responsibility of serving Mr. Sanchez with process. Petitioner is furthermore authorized to take the deposition of Mr. Sanchez pursuant to the Federal Rules of Civil Procedure.

DATED this  11th  day of  January , 2006.

_____
Mary Alice Theiler
United States Magistrate Judge