Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  C04-02463 JCC-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING |
| ) | GOVERNMENT'S RESPONSE |
| SAMUEL MERCADO-ULLOA, ) | TO DEFENDANT'S SECTION 2255 |
| ) | PETITION |
| Defendant. ) | |

## ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's 2255 petition shall be due no later than August 10, 2006.

DONE this 5th day of July, 2006.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney

*s/ Tessa Gorman*
TESSA GORMAN
Assistant United States Attorney

*/s/ Per telephonic approval*
GILBERT LEVY
Attorney for Samuel Mercado-Ulloa

Order Continuing Date for Government to file
Responses to Defendant's 2255 Petition— 1
C04-2463JCC-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970