Magistrate Judge Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAMUEL MERCADO-ULLOA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____) | NO.   C04-2463-JCC-MAT <br><br> ORDER CONTINUING GOVERNMENT'S RESPONSE TO PETITIONER'S SECTION 2255 PETITION |

## ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's 2255 petition shall be due no later than September 28, 2006.

DONE this <u>10th</u> day of <u>August</u>, 2006.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney


*Per telephonic approval*
GILBERT LEVY
Attorney for Samuel Mercado-Ulloa

Order Continuing Date for Government to file
Responses to Defendant's 2255 Petition— 1
C04-2463JCC-MAT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970