Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SAMUEL MERCADO-ULLOA, | ) | NO.   C04-02463-JCC-MAT |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING |
| | ) | GOVERNMENT'S RESPONSE |
| UNITED STATES OF AMERICA, | ) | TO DEFENDANT'S SECTION 2255 |
| | ) | PETITION |
| Respondent. | ) | |
| _____ | ) | |

ORDER

The Court having reviewed the records and files herein and considered the stipulation of the parties, enters the following order:

IT IS HEREBY ORDERED that the Government's response to the defendant's 2255 petition shall be due no later than October 6, 2006.

DONE this 28th day of September, 2006.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Bruce F. Miyake*
BRUCE F. MIYAKE
Assistant United States Attorney


Per telephonic approval
GILBERT LEVY
Attorney for Samuel Mercado-Ulloa

Order Continuing Date for Government to file
Responses to Defendant's 2255 Petition— 1
C04-2463JCC-MAT